■ David Culbreath, as Administrator of the Estate of Eddie Culbreath, Jr., Deceased, Appellant, v City of New

York, Respondent.—Order, Supreme Court, New York County (Francis N. Pecora, J.), entered on December 4, 1990, unanimously affirmed for the reasons stated by Francis N. Pecora, J., without costs or disbursements. No opinion. Concur—Carro, J. P., Milonas, Rosenberger and Asch, JJ.